==Motion GRANTED.==

*[Signature: Judge Trauger]*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:17-cr-00205 |
| | ) | |
| JOEL ALDRIDGE | ) | Judge Trauger |

**UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE**

COMES NOW the United States of America, through Donald Q. Cochran, United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney Kathryn Risinger, and Robert Tully, Department of Justice Trial Attorney, and respectfully moves this Honorable Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the pending Indictment against JOEL ALDRIDGE without prejudice as the Government has indicted the defendant in the Third Superseding Indictment filed in *United States v. Frazier, et al.*, Case Number 3:17-cr-00130, a companion case, pending before the Honorable Chief Judge Crenshaw, in and for the Middle District of Tennessee. The charges in the underlying case have all been subsumed by the Third Superseding Indictment filed in Case Number 3:17-cr-00130.